WILLAIM A. LEVIN, ESQ. [SBN 98592]
JEFFREY A. KAISER, ESQ. (SBN 160594)
**LEVIN SIMES & KAISER LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone     (415) 646-7160
Facsimile     (415) 981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY DAVIS, <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br><br> Defendants. | Case No. C 05 4900 <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> **HON. THELTON E. HENDERSON** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: January 26, 2006

_____
Jeffrey A. Kaiser
Attorneys for Plaintiff

IT IS SO ORDERED
/s/ Thelton E. Henderson
Judge Thelton E. Henderson

01/27/06

VOLUNTARY DISMISSAL PAGE 1